Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Civil Litigator
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com
Dusty.Nunes@countyofmerced.com

Attorneys for Defendants County of Merced, County of Merced Board of Supervisors and Vincent Andrade

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| ARES AVILA, as successor in interest to Miranda Rayanne Gonzales,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED; COUNTY OF MERCED BOARD OF SUPERVISORS; VINCENT ANDRADE; DOES 1-100,<br><br>Defendants | Case No. 1:26-cv-02280-KES-EPG<br><br>**Defendants County of Merced, County of Merced Board of Supervisors and Vincent Andrade Notice of Motion and Motion to Dismiss and Motion to Strike [Fed. R. Civ. Proc. 12(b)(6) & 12(f)]**<br><br>**Date: August 17, 2026**<br>**Time: 1:30 PM**<br>**Courtroom 6, 7th Floor** |

To all parties and their attorneys of record:

Notice is hereby given that on August 17, 2026, at 1:30 p.m. or as soon thereafter as counsel may be heard, in Courtroom 6 of the above-entitled court, located at 2500 Tulare Street, Fresno, California, Defendants County of Merced, County of Merced Board of Supervisors and Vincent Andrade, will and hereby do move the Court for an order dismissing and striking portions of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 12(g)(1).

This Motion is made on the following distinct and separate grounds:

1. The First Claim for Relief Fails to Allege Facts Sufficient to Constitute a Cause of Action Upon Which Relief Can be Granted Against Defendants: Plaintiff's Deliberate Indifference Allegations Are Conclusory Statements. Specifically, Plaintiff's deliberate-indifference allegations are conclusory and fail to identify the specific constitutional right, specific conduct, requisite culpability, state action, and causation attributable to each Defendant.

2. The Second Claim for Relief Fails to Allege Facts Sufficient to Constitute a Cause of Action Upon Which Relief Can be Granted Against Defendants: The Facts Alleged Do Not Support Monell Liability. As to Defendants, County of Merced and County of Merced Board of Supervisors, Plaintiff's Second Claim for Relief fails to allege facts sufficient to constitute a cause of action upon which relief can be granted because the facts alleged do not support municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978). As to Defendant Vincent Andrade, Plaintiff has not adequately pleaded that he acted under color of state law for purposes of 42 U.S.C. section 1983 because the allegations against him arise from traditional public-defender functions.

3. Plaintiff's prayer for punitive damages against the County and Board is barred as a matter of law and should be stricken.

This Motion will be based on this notice, the memorandum of points and authorities in support thereof, the declaration of Dusty B. Nunes, upon all pleadings and papers on file herein, along with such matters the court may elect to consider by judicial notice, and upon such other oral and documentary evidence as might be presented at the hearing herein.

Pursuant to District Judge Kirk E. Sherriff's Standing Order in Civil Cases, Defendants certify that they exhausted their pre-filing meet-and-confer

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

efforts before filing this Motion. On June 30, 2026, counsel for Defendants, Dusty B. Nunes, sent written meet-and-confer correspondence to Plaintiff's counsel regarding Defendants' anticipated motion under Federal Rules of Civil Procedure 12(b)(6), 12(e), and/or 12(f). (Declaration of Dusty B. Nunes ¶ 4.) On July 3, 2026, Plaintiff's counsel provided a written response to Defendants' meet-and-confer correspondence. (Declaration of Dusty B. Nunes ¶ 5.) Based on the parties' written meet-and-confer correspondence, the parties were unable to resolve the pleading issues raised by Defendants or avoid motion practice. (Declaration of Dusty B. Nunes ¶ 6.)

Defendants are willing to submit this Motion for decision on the papers without oral argument if the Court determines that oral argument is unnecessary. Defendants otherwise intend to appear at the hearing as noticed unless the Court orders the matter submitted without oral argument or continues the hearing.

Dated: July 6, 2026

Forrest W. Hansen
Merced County Counsel

By: ______________________________
Dusty B. Nunes
Deputy County Counsel
Attorneys for Defendants

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564