UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARES AVILA, as successor in interest to Miranda Rayanne Gonzales

Plaintiff,

v.

COUNTY OF MERCED, et al.

Defendants,

No. 1:26-cv-02280-KES-EPG

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

(ECF No. 13)

On August 3, 2026, Defendants filed for an extension of time to file a response to the first amended complaint. (ECF No. 13). The stipulation provides the following:

> The parties, Plaintiff Ares Avila (hereinafter "Plaintiff") and Defendants County of Merced, County of Merced Board of Supervisors and Vincent Andrade (hereinafter collectively "Defendants"), by and through their attorneys hereby stipulate as follows:
>
> WHEREAS, Plaintiff filed the operative Complaint on March 23, 2026;
>
> WHEREAS, Plaintiff filed the First Amended Complaint on July 27, 2026;
>
> WHEREAS, Defendants' response is due August 10, 2026;
>
> WHEREAS, Defendants' have requested additional time to meet and confer;
>
> WHEREAS, the parties agree that Defendants' deadline to respond to the First Amended Complaint should be extended;
>
> NOW THEREFORE, the parties agree and stipulate that:

> Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, Defendants' deadline to respond to the Complaint is extended by twenty-nine (29) days from August 10, 2026, to September 8, 2026.
>
> IT IS SO STIPULATED.

(*Id.*) (internal headings removed).

In light of the stipulation, the Court shall grant Defendants extension of time request and ORDERS Defendants to file an answer or other responsive pleading to the complaint no later than September 8, 2026.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE