In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| ARES AVILA, as successor in interest to Miranda Rayanne Gonzales,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED; COUNTY OF MERCED BOARD OF SUPERVISORS; VINCENT ANDRADE; DOES 1-100,<br><br>Defendants | Case No. 1:26-cv-02280-KES-EPG<br><br>Stipulation and Order to Extend Time for Defendants to Respond to the Amended Complaint<br><br>(ECF No. 15) |

The parties, Plaintiff Ares Avila (hereinafter "Plaintiff") and Defendants County of Merced, County of Merced Board of Supervisors and Vincent Andrade (hereinafter collectively "Defendants"), by and through their attorneys hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed the operative Complaint on March 23, 2026;

WHEREAS, Plaintiff filed the First Amended Complaint on July 27, 2026;

WHEREAS, on August 4, 2026, the Court granted Defendants a twenty-nine (29)-day extension to respond to the First Amended Complaint, making Defendants' response due September 8, 2026;

WHEREAS, the First Amended Complaint includes allegations concerning services provided by Crestwood Behavioral Health, Inc. ("Crestwood") pursuant to its agreement with the County of Merced;

WHEREAS, Defendants tendered the defense and indemnity of this action to Crestwood pursuant to that agreement;

WHEREAS, Crestwood provided its written response to the tender on August 31, 2026, shortly before Defendants' current response deadline, and Defendants are evaluating that response and continuing to confer with Crestwood regarding its contractual defense obligations and potential participation in this action;

WHEREAS, additional time will allow Defendants to address the tender issue before responding to the First Amended Complaint, potentially avoiding duplicative work and unnecessary motion practice;

WHEREAS, Defendants also require additional time to complete their meet-and-confer efforts with Plaintiff concerning the issues raised by the First Amended Complaint and Defendants' anticipated response;

WHEREAS, this is Defendants' second request for an extension, and Defendants have previously received a total extension of twenty-nine (29) days;

WHEREAS, the requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice Plaintiff;

NOW THEREFORE, the parties agree and stipulate that:

1. Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6(b), Defendants' deadline to respond to the First Amended Complaint be extended by twenty-eight (28) days, from September 8, 2026, through

October 6, 2026. If approved, Defendants will have received a total extension of fifty-seven (57) days.

IT IS SO STIPULATED.

Dated: September 2, 2026

LANDES LAW CORPORATION

By: /s/ Ezra Landes
Ezra Landes
Attorney for Plaintiff

Dated: September 2, 2026

Forrest W. Hansen
Merced County Counsel

By: /s/ Dusty B. Nunes
Dusty B. Nunes
Deputy County Counsel
Attorneys for Defendants

ORDER

By and through the Stipulation of the parties, and finding good cause thereupon, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Defendants' deadline to respond to the First Amended Complaint is extended to October 6, 2026.

**IT IS SO ORDERED.**

**DATED: September 3, 2026**

/s/ Eric P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**